UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERRY CLARK, on behalf of and as next friend of A.C., Minor, and S.C., Minor, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | 1:05-cv-0822-JDT-TAB |

## JUDGMENT

The court, having found that Defendant's motion for summary judgment should be granted and Plaintiff's motion for summary judgment denied, now therefore orders, adjudges and decrees that judgment is entered in favor of Defendant State Farm Mutual Automobile Insurance Company and against Plaintiff, Merry Clark, on behalf of and as next friend of A.C., Minor, and S.C., Minor.  Costs shall be allowed the Defendant.

ALL OF WHICH IS ORDERED this 14th day of November 2005.

Laura A. Briggs, Clerk
United States District Court

_____
By Evelyn A. Hollins, Deputy Clerk

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Matthew C. Boulton
Keller & Keller
matt@2keller.com

John B. Drummy
Kightlinger & Gray
jdrummy@k-glaw.com

Mark D. Gerth
Kightlinger & Gray
mgerth@k-glaw.com

Randall L. Juergensen
Keller & Keller
randy@2keller.com

Magistrate Judge Tim A. Baker